RECEIVED
IN ALEXANDRIA, LA.

FEB 25 2010

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

LARRY LEE STANLEY (#123259)        CIVIL ACTION NO. 09-cv-952; SEC.P

VERSUS                              JUDGE DEE D. DRELL

UNKNOWN PRISON OFFICIALS            MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the letters filed by the plaintiff, which letters we interpret as objections to the Report and Recommendation and further considering Plaintiff's request to dismiss all of his medical claims; for the additional reasons referenced in the suit styled "Larry Lee Stanley v. Winn Correctional Center, et al.," bearing Civil Action Number 09-cv-01813 on the docket of this Court; and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's complaint be and is hereby DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 25th day of February, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE